IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HENRY CLAY SNEED ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROBERTSON COUNTY, TENNESSEE ) <br> Defendant. ) | Civil Action No. 3:21-cv-831 <br> Judge Trauger/Frensley |

## REPORT AND RECOMMENDATION

Pending before the Court is the Defendant's Motion To Dismiss For Insufficient Process. Docket No. 7. The Court found good cause to extend the deadline for Plaintiff to properly serve Defendant in this action and extended the deadline in order to allow for proper service. Docket No. 14. Thereafter, summons issued and was returned executed on April 5, 2022. Docket No. 16. The Defendant has now answered the Complaint. Docket No. 21. Because the deficient service has been corrected, this matter has been properly served upon the Defendant and the Defendant has answered the Complaint, the undersigned recommends that the Defendant's Motion To Dismiss For Insufficient Process (Docket No. 7) be **DENIED AS MOOT**.

Under Rule 72(b) of the Federal Rules of Civil Procedure, any party has fourteen (14) days from receipt of this Report and Recommendation in which to file any written objections to this Recommendation with the District Court. Any party opposing said objections shall have fourteen (14) days from receipt of any objections filed in this Report in which to file any response to said objections. Failure to file specific objections within fourteen (14) days of receipt of this Report and Recommendation can constitute a waiver of further appeal of this Recommendation. *Thomas v. Arn,* 474 U.S. 140, 106 S. Ct. 466, 88 L. Ed. 2d 435 (1985), *reh'g denied*, 474 U.S. 1111 (1986).

_____
**JEFFERY S. FRENSLEY**
**United States Magistrate Judge**