UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HENRY CLAY SNEED, | ) |
| Plaintiff, | ) |
| | ) No. 3:21-cv-00831 |
| v. | ) Judge Trauger |
| ROBERTSON COUNTY, TENNESSEE, | ) |
| Defendant. | ) |

## ORDER

On May 10, 2022, the Magistrate Judge issued a Report and Recommendation (Doc No. 23), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED. For the reasons expressed therein, it is hereby ORDERED that the defendant's Motion to Dismiss for Insufficient Process (Doc. No. 7) is DENIED AS MOOT.

This case shall be returned to the Magistrate Judge for further handling under the original referral order.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE